# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2026

SEAN F. McAVOY, CLERK
ECF No. 115

U.S.A. vs.        Shippentower, Kathleen        Docket No.    0980 1:25CR02143-RLP-4

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Kathleen Shippentower, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 12th day of January 2026, under the following conditions:

Standard Condition #8 (ECF No. 55): Defendant shall refrain from use or unlawful possession of a narcotic  drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed  by a licensed medical practitioner in conformance with Federal law. Defendant  may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Special Condition # 7 (ECF No. 92): Defendant shall submit to random urinalysis testing as directed by the  United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 14, 2026, Ms. Shippentower signed her initial conditions of release, ECF No. 55, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed  by the Court and Ms. Shippentower signed those conditions on February 13, 2026, ECF No. 92, acknowledging an understanding.

**Violation #1:** Ms. Shippentower is in violation of her condition of pretrial release by consuming cocaine on or about February 10, 2026.

On February 13, 2026, Ms. Shippentower reported to the probation office and met with Untied States Probation Officer (USPO)  Mowatt. A random drug test was collected which tested presumptive positive for cocaine and oxycodone. Ms. Shippentower stated she had a valid prescription for the oxycodone and would send USPO Mowatt a copy. Per USPO Mowatt, Ms. Shippentower was hesitant to admit to the cocaine use, however, eventually stated she relapsed on February 10, 2026. On February 19, 2026, Ms. Shippentower sent verification to the below said officer reflecting she has a valid prescription for oxycodone.

**Violation #2:** Ms. Shippentower is in violation of her condition of pretrial release by consuming cocaine on or about February 25, 2026.

On March 2, 2026, this officer received a telephone call from Triumph Treatment Services (Triumph). Per Triumph, a random drug test was collected during Ms. Shippentower's substance abuse assessment on February 25, 2026, which tested presumptive positive for cocaine. The sample was sent to Drug Scan Laboratory and returned confirmed positive for cocaine on February 28, 2026. Per the laboratory results, the level of cocaine was reported at 2786 ng/mL. Per Triumph, Ms. Shippentower denied cocaine use and stated her last use was February 10, 2025.

**Violation #3:** Ms. Shippentower is in violation of her condition of pretrial release by consuming marijuana on or before February 25, 2026.

PS-8

**Re: Shippentower, Kathleen**
**March 2, 2026**
**Page 2**

On March 2, 2026, this officer received a telephone call from Triumph Treatment Services (Triumph). Per Triumph, a random drug test was collected during Ms. Shippentower's substance abuse assessment on February 25, 2026, which tested presumptive positive for marijuana. The sample was sent to Drug Scan Laboratory and returned confirmed positive for marijuana on February 28, 2026. Per the lab results, the level of marijuana was reported at 25.4 ng/mL. Per Triumph, Ms. Shippentower did not address the marijuana result.

PRAYING THAT THE COURT WILL ORDER A SUMMONS FOR MS. SHIPPENTOWER TO APPEAR BEFORE YOUR HONOR AND ANSWER TO THE ABOVE ALLEGATIONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 2, 2026

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/3/2026

Date