# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2026

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

ECF No. 123

U.S.A. vs.          Shippentower, Kathleen          Docket No.          0980 1:25CR02143-RLP-4

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Kathleen Shippentower, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 12th day of January 2026, under the following conditions:

Standard Condition #8 (ECF No. 55): Defendant shall refrain from use or unlawful possession of a narcotic  drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed  by a licensed medical practitioner in conformance with Federal law. Defendant  may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Special Condition # 7 (ECF No. 92): Defendant shall submit to random urinalysis testing as directed by the  United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 14, 2026, Ms. Shippentower signed her initial conditions of release, ECF No. 55, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed  by the Court and Ms. Shippentower signed those conditions on February 13, 2026, ECF No. 92, acknowledging an understanding.

**Violation #4:** Ms. Shippentower is in violation of her conditions of pretrial release by consuming cocaine on or about March 1, 2026.

On March 4, 2026, Ms. Shippentower reported to the probation office and met with Untied States Probation Officer (USPO) Mowatt. Ms. Shippentower was asked to submit to a random drug test. She then admitted to consuming cocaine on or about March 1, 2026. USPO Mowatt had her sign a drug use admission form.

On March 4, 2026, this officer received a call from Triumph Treatment Services (Triumph). Per Triumph, Ms. Shippentower was there in their office for an appointment. A random drug test was collected and tested presumptive positive for cocaine. Per Triumph Ms. Shippentower admitted to using. The sample was sent to Drug Scan Laboratory for confirmation.

**Violation 5:** Ms. Shippentower is in violation of her conditions of pretrial release by consuming marijuana on or about March 1, 2026.

On March 4, 2026, Ms. Shippentower reported to the probation office and met with USPO Mowatt. Ms. Shippentower was asked to submit to a random drug test. She then admitted to consuming marijuana on or about March 1, 2026. USPO Mowatt had her sign a drug use admission form.

On March 4, 2026, this officer received a call from Triumph Treatment Services (Triumph). Per Triumph, Ms. Shippentower was there for an appointment. A random drug test was collected and tested presumptive positive for marijuana. Per Triumph Ms. Shippentower admitted to using. The sample was sent to Drug Scan Laboratory for confirmation and levels.

PS-8

**Re: Shippentower, Kathleen**

**March 4, 2026**

**Page 2**

Ms. Shippentower has a hearing scheduled for March 25, 2026; it is recommended if possible that her hearing be moved to a sooner date.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED VIOLATIONS WITH THE PETITIONS PENDING BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 4, 2026

by    s/Linda J. Leavitt

Linda J. Leavitt

U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/5/2026

Date