PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 19, 2026**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Shippentower, Kathleen | Docket No. | 0980 1:25CR02143-RLP-4 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Kathleen Shippentower, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 12th day of January 2026, under the following conditions:

Standard Condition #8 (ECF No. 55): Defendant shall refrain from use or unlawful possession of a narcotic  drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed  by a licensed medical practitioner in conformance with Federal law. Defendant  may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Special Condition # 7 (ECF No. 92): Defendant shall submit to random urinalysis testing as directed by the  United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 14, 2026, Ms. Shippentower signed her initial conditions of release, ECF No. 55, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed  by the Court and Ms. Shippentower signed those conditions on February 13, 2026, ECF No. 92, acknowledging an understanding.

**Violation 6:** Ms. Shippentower is in violation of her conditions of pretrial release by consuming cocaine  on or about March 12, 2026.

On March 12, 2026, Ms. Shippentower reported to the probation office prior to her violation hearing before Your Honor. She submitted a drug test, which tested presumptive positive for cocaine. Ms. Shippentower denied drug use and stated the last time she consumed cocaine was March 1, 2026. The sample was sealed in front of Ms. Shippentower and sent to Abbott Laboratory for confirmation. Results were received on March 18, 2026, confirming a positive reading for cocaine.

On March 19, 2026, this officer confirmed Ms. Shippentower entered inpatient treatment at Beth's Place in Yakima, Washington.

PRAYING THAT THE COURT WILL TAKE NO ACTION

I declare under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | March 19, 2026 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt U.S. Pretrial Services Officer |

PS-8

**Re: Shippentower, Kathleen**
**March 19, 2026**
**Page 2**


THE COURT ORDERS

☒]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
  Signature of Judicial Officer

3/19/2026
_____
  Date