PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. MCAVOY, CLERK

ECF No. 228

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Shippentower, Kathleen Docket No. 0980 1:25CR02143-SAB-4

## Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Kathleen Shippentower, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 12th day of January 2026, under the following conditions:

Standard Condition #8: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

Special Condition #7: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 14, 2026, Ms. Shippentower signed her initial conditions of release, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed by the Court and Ms. Shippentower signed those conditions on February 13, 2026, acknowledging an understanding.

**Violation #1**: Ms. Shippentower is in violation of her conditions of pretrial release by consuming cocaine on or about July 3, 2026.

On July 16, 2026, this officer received notification from Ms. Shippentower's counselor at Triumph Treatment Services (Triumph) that Ms. Shippentower admitted during an individual session with her counselor, that she consumed a $20 bag of cocaine on July 3, 2026.

**Violation #2**: Ms. Shippentower is in violation of her conditions of pretrial release by consuming cocaine on or about July 4, 2026.

On July 16, 2026, this officer received notification from Ms. Shippentower's counselor at Triumph that Ms. Shippentower admitted during an individual session with her counselor she consumed a $20 bag of cocaine on July 4, 2026.

**Violation #3**: Ms. Shippentower is in violation of her conditions of pretrial release by consuming cocaine on or about July 7, 2026.

On July 7, 2026, Ms. Shippentower submitted to a random drug test a Triumph, which tested presumptive positive for cocaine. Results were received on July 10, 2026, confirming a positive result.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS FOR MS. SHIPPENTOWER TO APPEAR BEFORE THE COURT AND ANSWER TO THE ABOVE-NOTED ALLEGATIONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 07/21/2026

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Alexander C. Ekstrom
Signature of Judicial Officer

7/21/2026
Date